## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0632**

## MEMORANDUM

TO:         Counsel of Record

FROM:    Judge Peter J. Messitte

RE:         John Doe #1, et al. v. Montgomery County Board of Education, et al.
               No. 21-cv-356

DATE:     August 16 , 2022

* * *

The Court has before it Plaintiffs' Motion for Leave to Take Additional Depositions Pursuant to FRCP 30(a)(2)(A), ECF. No. 164 (SEALED), and Defendants' Motion for Leave to Depose the Minor Plaintiffs Under Fed. R. Civ. P. 30, ECF No. 167 (SEALED).

In this instance, it is not necessary for the Court to conduct an exegesis with respect to the number of depositions allowed under Fed. R. Civ. P. 30(a)(2). The Court exercises its discretion to grant Plaintiffs' Motion without conditions. It also grants Defendants' Motion, but subject to the following conditions:

1. The depositions of the Plaintiffs shall be delayed until after the Court rules on any dispositive pretrial motions;
2. The questions asked during the depositions shall be limited to the minor Plaintiffs' personal lives and states of health from January 2021 onwards; and
3. The deposition of an individual Plaintiff shall not exceed two (2) hours.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC:    Court file
         Counsel of Record

1