**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>John Doe #1, et al. v. Montgomery County Board of Education, et al.</u>
No. 21-cv-356

DATE: November 2, 2022

\* \* \*

The Court understands from the parties' Joint Status Report, ECF No. 194, that counsel for Plaintiffs wish to review certain sealed documents from Montgomery County Juvenile Court proceedings pertaining to J.C.A. and C.T.

When the Court authorized Plaintiffs to request documents from the Juvenile Court, ECF Nos. 157, 163, it directed that the records be sent directly to it for *in camera* review. To date, the Court has only received two (2) copies of orders relative to J.C.A., and none pertaining to C.T.

As to J.C.A., the only documents the Court received were, among other things, a final disposition order directing that certain reports be prepared by state authorities and provided to the State and defense counsel in that case by September and October 2019. This Court has not received any of those reports. Presumably, it is these documents that counsel for Plaintiffs want, as to both J.C.A. and C.T. Therefore, Plaintiffs should promptly clarify with the Juvenile Court which records, and for whom, they want delivered to the chambers of the undersigned. Counsel for Plaintiffs should respond in writing to this Court by November 15, 2022 indicating how they plan to proceed regarding the records.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

1