UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

# MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: John Doe #1, et al. v. Montgomery County Board of Education, et al.
No. 21-cv-356

DATE: March 14, 2023

* * *

The Court has received Defendants' Motion to Continue April 6 Hearing on Defendants' Motion for Summary Judgment and to Extend the Length of Hearing (ECF No. 271), as well as Defendants' Motion to Shorten Time to Respond to the Motion to Continue (ECF No. 272).

Defendants state in their Motion that at least one Plaintiff opposes rescheduling the hearing. *Id.* ¶ 7. The parties appear to be stuck disputing a minor procedural issue, but candidly this appears to be a needless exercise.

Accordingly, the Court orders the following:

1. Defendants' Motion to Continue April 6 Hearing (ECF No. 271) is **GRANTED**. The hearing currently set for April 6, 2023 is **CANCELLED**. The Court will correspond separately with counsel to set a new date and time.

2. Defendants' Motion to Shorten Time to Respond to the Motion to Continue (ECF No. 272) is **DENIED AS MOOT**.

3. Given the apparent complexity of the issues and the number of Motions to Dismiss that need to be addressed, each side **SHALL** be allocated two (2) hours for argument at the rescheduled hearing. Accordingly, the time should be appropriately divided among the various arguments.

4. At least seven (7) days prior to the hearing, counsel shall **SUBMIT** to the Court a list of the issues to be argued, the sequence of the arguments, the names of counsel who will argue each issue, and the time allotted to each argument.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record