UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>John Doe #1, et al. v. Montgomery County Board of Education, et al.</u>
No. 21-cv-356

DATE: April 19, 2023

\* \* \*

The Court received a call today, forwarded by the Clerk of Court, from Timothy Maloney, counsel for Plaintiffs, asking whether the April 27, 2023 hearing on Defendants' Motions for Summary Judgment would be open to the public.

The hearing will not be sealed and therefore will be open to the public, although the Court will refer to any minors using their initials. Insofar as any persons involved in this case (whether as a Plaintiff, an interested party, or any other individual who will be referred to during the hearing) has reached the age of majority, the Court **DIRECTS** counsel to inform the Court, no later than Tuesday, April 25, 2023, whether and why (or why not) the full names of these persons should be used during the hearing.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

1