UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: John Doe #1, et al. v. Montgomery County Board of Education, et al.
No. 21-cv-356

DATE: April 19, 2023

\* \* \*

In preparation for the April 27, 2023 hearing on the Motions for Summary Judgment in this matter, the Court **DIRECTS** counsel for the parties to jointly submit the following by Tuesday, April 25, 2023:

1. A chart showing which Plaintiffs are bringing which Counts against which Defendants. The chart should also indicate those claims where Defendants seek summary judgment, and those they do not challenge.

2. During the April 27, 2023 hearing, the Court intends to hear argument count by count. The Court will sit from 11 a.m. to 1 p.m., break for lunch from 1 p.m. to 2 p.m., then resume from 2 p.m. to 4 p.m. Counsel should submit a proposed agenda allocating the time counsel needs for argument on each count, including argument-in-chief, opposition, and rebuttal.

3. The Court intends to decide, to the extent possible, the summary judgment motions from the bench, but reserves the right to take any matters under advisement.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

1