**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN DOE #4, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 8:21-cv-00356-PJM |
| | : | |
| MONTGOMERY COUNTY | : | Civil No. 8:21-cv-00360-PJM |
| BOARD OF EDUCATION, *et al.* | : | |
| | : | |
| Defendants | : | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), please enter all claims of John Doe #4, Jane Doe #4, and John Doe #4M against all Defendants in the above-captioned matter as dismissed with prejudice in their entirety, including all claims, and claims for attorneys' fees and costs, with each party to bear their own costs.

RESPECTFULLY SUBMITTED,

JOHN P. MARKOVS
COUNTY ATTORNEY

_____/s/Patricia L. Kane_____
Patricia Lisehora Kane, # 13621
Patricia.Kane@montgomerycountymd.gov


____/s/Jacquelyn P. Allen_____
Jacquelyn P. Allen, # 20594
Jacquelyn.Allen@montgomerycountymd.gov

____/s/Margaret E. Turlington_____
Margaret E. Turlington, # 21650
101 Monroe Street, 3rd Floor
Rockville, Maryland 20850
240-777-6700
Margaret.Turlington@montgomerycountymd.gov
*Counsel for Defendants Montgomery County*
*Board of Ed., Crouse, Wallich, Colbert & Sullivan*

___/s/Matthew M. Bryant_____
Timothy F. Maloney, Esq. #03381
Matthew M. Bryant, Esq. #18014
Alyce L. Prawde, Esq. #14676
(*signed by J. Allen with permission of*
*M. Bryant*)
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
tmaloney@jgllaw.com
mbryant@jgllaw.com
aprawde@jgllaw.com
*Counsel for Plaintiff Doe 4*

_____/s/ Kevin Karpinski_____
Kevin Karpinski, Esq. #11849
(*signed by J. Allen with permission of K.*
*Karpinski*)
Karpinski, Cornbrooks & Karp, P.A.
120 E. Baltimore Street, Suite 1850
Baltimore, MD 21202-1617
kevin@bkcklaw.com
*Counsel for Defendant Doody*